United States District Court
Southern District of Texas
**ENTERED**
April 04, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § § § § § | CRIMINAL ACTION NO. H-17-73 |
| JEFFREY RANDLE, *et al.* | | |

**O R D E R**

Defendant Jeffrey Randle filed a motion for continuance, (Docket Entry No.36 ). The government and codefendants are unopposed.. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | May 12, 2017 |
| Responses are to be filed by: | May 26, 2017 |
| Pretrial conference is reset to**:** | **May 31, 2017 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **June 5, 2017 at 9:00 a.m.** |

SIGNED on April 4, 2017, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge