**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL ACTION NO. H-17-73 |
| | § § | |
| JEFFREY RANDLE, | § § | |

**O R D E R**

The court held a counsel determination hearing on June 19, 2017 with regard to defendant's counsels motion to withdraw. (Docket Entry No, 54). The court grants the motion. The magistrate judge will appoint new counsel. The court finds that the interests of justice are served by granting a continuance for new counsel to become familiar with the case and that those interests outweigh the interests of the public and the defendant in a speedy trial. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | August 14, 2017 |
| Responses are to be filed by: | August 28, 2017 |
| Pretrial conference is reset to**:** | **September 5, 2017 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **September 11, 2017 at 9:00 a.m.** |

SIGNED on June 20, 2017, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge